## G. A. JOHNSTON v. STATE.

No. A-814.   Opinion Filed January 11, 1912.

Appeal from Coal County Court; R. H. Wells, Judge.

Charles T. Gibson, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   G. A. Johnston was convicted in the county court of Coal county of a violation of the prohibition law, and was on May 2, 1910, sentenced to serve a term of four months in the county jail and to pay a fine of four hundred and fifty dollars. From which judgment he appeals. From an examination of the record our conclusion is that this appeal is without merit. The judgment of the lower court is therefore affirmed.

---

## H. M. PERKINS v. STATE.

No. A-1495.   Opinion Filed January 11, 1912.

Appeal from Oklahoma County Court; John W. Hayson, Judge.

F. W. Fischer, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   H. M. Perkins, plaintiff in error, was convicted of a violation of the prohibition law and September 27, 1911, was sentenced to serve a term of ninety days in the county jail and to pay a fine of two hundred and fifty dollars. An appeal was properly perfected. January 9, 1912, his counsel of record filed a motion to dismiss the appeal. The motion to dismiss is sustained and the cause remanded to the county court of Oklahoma county with direction to enforce the judgment therein.